917 So.2d 1085 (2005)
Kathleen PUMPHREY
v.
The CITY OF NEW ORLEANS.
Darlene Rizzuto
v.
The City of New Orleans.
Fred Farve, Jr, and Other Consolidated Cases
v.
The City of New Orleans.
No. 2005-C-0979.
Supreme Court of Louisiana.
December 16, 2005.
In re New Orleans, City of;  Defendant; Applying for Writ of Certiorari and/or Review, Parish of Orleans, Civil District Court Div. G, Nos. 93-158, 93-159, 93-160, 93-161, 93-162, 93-163, 93-164, 93-165, 93-2970; to the Court of Appeal, Fourth Circuit, No(s). 2004-CA-0889, 2004-CA-0890, 2004-CA-0891, 2004-CA-0892, 2004-CA-0893, 2004-CA-0894, 2004-CA-0895, 2004-CA-0896, 2004-CA-0897.
Granted.